# EXHIBIT 1

**DECLARATION OF SERGEI VASENIN**

1. I, Sergei Vasenin, am currently detained at the Miami Correctional Facility. This declaration is based on my personal knowledge. I am competent to make this declaration.

2. I was born in Ukraine at a time when it was part of the U.S.S.R. I then moved to the Russian Federation when I was a child and obtained Russian citizenship. Because of the war, I came to the United States in October of 2022 through the San Ysidro Port of Entry and requested asylum. After a credible fear interview, I was granted humanitarian parole.

3. I hired an immigration lawyer to help me apply for asylum, but a judge denied my application in July of 2025 and ordered me to be removed to Russia or Ukraine. I paid an attorney to file an appeal, but my lawyer failed to submit my appeal on time.

4. I did not know about the untimely appeal of my immigration case until five officers from Immigration and Customs Enforcement ("ICE") came to my house on October 13, 2025, and surrounded me with guns.

5. ICE first brought me to the Broadview ICE facility in Broadview, Illinois, on October 13, 2025. ICE held me in Broadview for three days. ICE then took me to the Clay County Jail in Indiana for around one and a half days.

6. On or around October 18, 2025, ICE brought me to the Miami Correctional Facility ("Miami Correctional"), located in Bunker Hill, Indiana.

7. I was one of the first 150 immigrants that ICE brought to Miami Correctional. During intake, correctional staff gave me the number 0148.

8. ICE has detained me at Miami Correctional three times in the past year. ICE first detained me at Miami Correctional for approximately eight months—from around October 18, 2025, until August 7, 2026. ICE again detained me at Miami Correctional from around August 8 through August 10, 2026. Most recently, ICE has detained me at Miami Correctional since around August 20, 2026.

9. I have never been in jail or prison before, and my first impression of being held at Miami Correctional was that it was a nightmare that never ended. I continue to feel that way today.

10. Even though I have no criminal history, I'm treated like I'm a dangerous prisoner here at Miami Correctional. I have been threatened and physically abused by correctional staff, placed in solitary confinement for several weeks without cause, and denied access to the medical and mental health care I need. I am separated from my family and have found the mistreatment and poor conditions so difficult to endure that, at times, I think about suicide.

11. I do not think the way we are treated at Miami Correctional is fair or humane, and I wish that it would change soon.

## Conditions when Miami Correctional First Started Housing ICE Detainees

12. When ICE first brought me to Miami Correctional in October of 2025, I met with a case worker who explained that there were going to be a lot of changes because the prison had just opened to ICE detainees and they were still getting ready.

13. The correctional staff put me and other new ICE arrivals in Building B for "Bravo." I was shocked to be locked in a high security prison when I have not committed any crimes. I and other immigration detainees had to share small two-person cells, we had count four times a day (at 7am, 10-11am, 3-4pm, 8-9pm), we were given limited clothing—just two shirts, two pants, two socks, two boxers, and one jacket, two towels and a laundry bag. It was just like being sentenced to prison.

14. I lost thirty pounds in three months. I felt hungry, always hungry. Breakfast was cornflakes with a small drop of honey and frozen corn brick. Every morning, I needed to hurry because there was only one bottle of milk to share with all the other detainees. If I was late, I would not get milk. If the prison ran out of plastic utensils, I would need to eat with my hands. Dinner was only sandwiches. I was constantly hungry.

15. I saw a lot of other people stealing food in chow hall because there wasn't enough. People who didn't steal food lost weight fast. I couldn't steal food.

16. If someone shared even a small piece of bread with me, I would feel happy. One extra piece of bread is good.

17. For several weeks, there was almost nothing to do. I and other immigration detainees asked about books but were told there were no books and there was no law library. The staff gave us tablets but no headphones, so there was no way to use the tablets to make phone calls. In the middle of November, correctional staff brought a TV to my unit but they had no TV cables, so we couldn't watch anything but a blank screen.

18. Since Miami Correctional first started detaining immigrants, some things have gotten slightly better, but there are a lot of ways in which conditions remain the same or even worse.

## Threats and Mistreatment by Correctional Staff

19. Since I have been detained at Miami Correctional longer than most other detainees, I was a rep dorm guy who tried to build relationships with correctional staff to work through problems. Even with my efforts to resolve conflicts with correctional officers, I have experienced a lot of threats and mistreatment by correctional staff.

20. I have observed that correctional staff who come from the prison side often apply the same prison rules to the immigrants. They also regularly threaten to pepper spray people and throw people in the special housing unit known as the "SHU."

21. For example, the correctional staff usually refuse to turn the lights off inside the cells overnight, which I think may be a prison rule, but it makes it impossible to sleep. One night

in December of 2025, there was a bald correctional officer with red spots on his forehead who came to my cell around 1am and 3am and ripped off the light covers I had made to sleep. This officer threated to put me in the SHU and handcuff me over night if I ever covered the lights again. That was a sleepless night for me.

22. In the middle of January 2026, around 5am, correctional staff called us to chow. It was winter and very, very cold with minimal clothing and only sandals for shoes. I walked through the metal scanner between our building and the chow hall and passed the clearance. As I waited for my friend, someone tried to run around the scanner. Because the correctional officer didn't see who it was, he told me and another detainee to go back through the metal scanner. After walking through the scanner again, correctional staff decided to search me and another detainee. The officer who searched the other detainee did a simple, quick pat down search. For me, it was different.

23. Rather than a quick pat down, the correctional officer who searched me started to grope me in my intimate places—he grabbed me on my butt, groin, everywhere on my body. I felt like he was enjoying the opportunity to touch all of the private parts of my body in very aggressive, invasive ways. I felt like I should report the abuse because I felt so violated.

24. I ultimately decided not to report the sexual groping because we have an expression that "what happens in Miami, stays in Miami." No one here cares; there is no light in the tunnel.

25. The correctional officer who accosted me still works here. I prefer not to see him because it makes me feel ashamed of how he treated me.

26. At one point, a governmental commission visited the prison with the Warden, Captain, and a high-level official from ICE. I started telling the Commissioner about what was going on and finally the Commissioner started to write down my concerns. I told the Commissioner about the need for better food, outdoor recreation, commissary, and books, and asked the government officials to please tell the Warden to stop using pepper spray and tasers on us. But they haven't.

27. For example, when I was held in segregation in late June of 2026, I heard from another detainee in segregation that correctional staff had just pepper sprayed him five times for simply refusing to attend a medical appointment. He was talking to his mom when they pepper sprayed him, and he just kept saying, "help me, help me." Correctional staff put him in the SHU and the room was covered in pepper spray. For him, it was very bad.

28. Since the Warden left, it feels like the misconduct has gotten even worse.

**Solitary Confinement**

29. I have been placed in segregation (Bravo 3-4 side) two times at Miami Correctional. The first time, it was called the Special Housing Unit or "SHU." Recently, since

around August 2026, it has been renamed the "Progressive Housing Unit."

30. In each case, I was given a verbal warning and told I did not need to be in segregation but was then held there for several weeks anyway. The first time I was in solitary confinement for around three weeks. The second time I was in solitary confinement for around six weeks. All for no reason. It was awful.

31. I was first placed in the SHU on or around June 25, 2026, after being attacked by a detainee who appeared to have untreated mental health problems. I told this guy to stop masturbating in the shower. He got mad and attacked me from behind as we were walking to chow the next day. For a long time after the attack, I had red scratch marks on my neck from his nails.

32. When correctional staff brought me to the SHU, I was surprised by the frigid temperature in the cells. People use toilet paper to cover the vents so that the cells do not feel so cold, but the guards only give us toilet paper on Mondays. The first time I was brought to the SHU, I didn't have toilet paper for five hours, so I just sat in my small cell with my hands shaking from the cold.

33. On or around my second day in the SHU, correctional staff gave me a notice of hearing. Around my third day in segregation, correctional staff brought me two papers. One paper said that they watched video evidence of the fight but, because there was a blind spot for the cameras, they could not see anything. The second paper said something like I was "not guilty" because I was the victim of the incident. I received a warning that said something like, "Let the COs do their job."

34. The investigator told me that I would be released soon, but Miami Correctional staff held me in the SHU for an additional 2.5 weeks.

35. During this time, I was locked in a small cell that fits one person at a time. There was only a mattress, a bed, and a toilet. There was no T.V., no books to read. At most, I received one hour of recreation a day, but sometimes it was only fifteen minutes. Sometimes I did not receive any out-of-cell time at all. I was only allowed to shower about twice a week. Without a shower I felt dirty all the time, all the time dirty.

36. When I was alone in my cell, my anxiety and depression started to get worse. All I could do was talk to myself, talk to the walls, try to keep my mind busy. I could hear other people screaming and yelling all throughout the night. I started to feel like there was no way out of this place; I started to lose my will to read, to sleep, to do anything. It felt like my soul was gone and all I had left was my physical body.

37. During this time, I felt like my medication wasn't enough to help me. I really needed someone to talk to. I asked for more mental health help, but my requests were denied. Even though I felt like I was falling down into a deep hole and starting to consider hanging myself, I never got to see anyone from mental health.

38. The second time I was placed in solitary confinement began around August 22, 2026. I was told the unit was renamed a "Progressive Housing Unit." In my experience, the correctional staff still call it the "SHU" and things are generally the same or worse.

39. At the time I was put in solitary confinement in late August, there were about twenty people being held in segregation on the first floor of B 3-4. Each person was in their own cell. The second floor was almost empty.

40. During this time, I was locked down 23 hours a day. I would usually only be let out between 2 and 3am. Sometimes correctional staff wouldn't let me out at all. Sometimes I would wait up until 1am, only to find out there was no way to go to the showers.

41. After around a week in solitary confinement, I received papers saying something like "conduct report." The report accused me of making a threat to a sergeant, which I explained was impossible. About one week later, the correctional staff returned, acknowledged that I had not been arguing with the sergeant, gave me a warning not to disobey orders, and restricted my commissary for 14 days.

42. Because I was only given a verbal warning, the correctional staff told me that I was a free man. I was told that I could go to chow and then roam freely on the first floor. But when I returned from chow, they closed the doors on me and held me in solitary confinement for a total of around six weeks.

43. The correctional staff moved me to the second floor of the SHU and put me in a cell with another person. While there, I saw around 35-40 people being held on the second floor where there are two people to a small cell. We were held for 23 hours a day in these small quarters with no shower or even one hour of recreation.

44. Of the people being held in solitary confinement, I think that about 10 of them had serious mental health problems. I saw one young man never leave his cell, never take a shower, put garbage inside his cell, and never clean it. The smell was awful. I was concerned that he did not know how to request help or put in a mental health request slip. And no one helped him, no one cared. Based on what I observed, I am concerned that there are also other people in solitary confinement with serious mental health needs. I have observed one man, for example, who constantly breaks microwaves. I do not think he can control himself.

45. During my second time in solitary confinement, there were also around 10 people being held on the first floor of this unit, almost as an overflow unit for general housing. The people who were being held on the first floor were mostly new arrivals who were allowed out of their cells for most of the day except for count.

46. Being confined to a small cell by myself for 23-24 hours a day with nothing to do was bad, but having to share this small space with another man was even worse; it was a nightmare. There was no space for both of us. For example, I'm Muslim and I need a place to pray, but there were times when my cellmate needed to use the restroom at the same time. It was uncomfortable for both of us. There are other times when he was sleeping and I needed to talk to

my family or vice versa. We tried to respect each other and live in peace, but it was horrible. It's also difficult to live for 23 hours with two men without any shower; we began to stink and it smelled awful.

47. Being locked in segregation for so long made me feel like all I could do was lay, pray, or use the toilet, nothing more. I spent a lot of time trying to sleep or watching the wall. I counted every hour until we were given recreation; I counted every hour.

48. During my second stint in segregation, I made more requests for mental health care, but sometimes I did not get the right doses or enough of the medication that I needed in the SHU, which did not help my depression. One week I only got my anti-depression medication twice instead of daily. I filed multiple grievances to get my proper medication, but they were generally ignored.

49. Without the mental health support I needed, I felt like I was falling down. I couldn't sleep. I didn't know how to fight. I felt alone and helpless, and correctional staff made it worse. Correctional staff talked to me like I was a savage, like I'm nothing, not even a physical being.

50. Mankind is the type where we need to be able talk to somebody. But if you're locked up and correctional staff treat you like animals, it feels worse than a nightmare, it's more like hell.

51. Another problem I had in the SHU was not receiving a religious diet. I am Muslim and take a Kosher diet at Miami Correctional. In the SHU, I only got a regular diet. At one point, I started to hunger strike because I was not getting food that I am able to eat.

52. The system in the SHU is broken; there is no system. I wrote many letters to the captain to release me from the SHU, but correctional staff acted like they could put immigrants in the SHU for whatever reason and hold us for however long they want.

53. Correctional staff told me that, according to the prison rules, they could hold us in this progressive unit for up to six months. And, if correctional staff make additional reports—even without telling us—they could hold us for longer. Correctional staff acted like, if we were good pets, good puppies, maybe they would let us out after one month.

54. I did nothing wrong, I was completely innocent, and I was still locked up for over six week in these small cells for 23 hours a day or longer. It was a nightmare.

**Medical Care**

55. I have a lot of concerns about the medical care provided at Miami Correctional.

56. In my experience, it can take several weeks to get responses to sick call requests and, if you go to medical, you have to be ready to spend at least 2 hours or more just sitting and waiting, because they don't have enough staff to treat everyone and they might forget about you.

57. In addition to delays, I have not received the care I need to help fix my medical problems.

58. I have a huge problem with my nose, which was broken two years ago and required surgery after I was attacked by some people. I need to use a nasal spray to breathe through my nose. I used to use the spray all the time. Without the spray, I could not sleep or do anything because my nose was clogged.

59. When I put in a health care request for a new nose spray, I was told they don't have the nasal spray that helps me, only allergy spray. I went to the medical unit 4 or 5 times. On the final attempt, we decided that I would just take the allergy spray. But it still didn't work for me. The allergy spray hurts me and blocks my nose.

60. All my life I have suffered with back pain. Sometimes when I'm too nervous, I feel pain in my back/spine, so I can't bend over. I asked for painless shots to help with the pain, but instead I only got a little Ibuprofen, which only helps for a short amount of time.

61. In my experience, if you need fast medical help, there is only a 50% chance you will get it. If you have some serious issue, you could be in big trouble.

**Mental Health Care**

62. I have a history of anxiety and depression and received treatment in Moscow for panic attacks. Since arriving at Miami Correctional, I have experienced significant sadness and anxiety, especially related to missing my family.

63. I have found the mental health care here at Miami Correctional to be very slow. In late October or November of 2025, a volunteer from Indiana AID came to talk to detainees. I talked to her and told her that I was feeling bad and falling deep inside a hole, but she said that she couldn't help me; she was just gathering information.

64. The first time I made a request for mental health was in December of 2025. I didn't start receiving Lexapro for depression and anxiety until February of 2026—almost two months later.

65. I made a few requests for mental health support in July of 2026. I wanted more mental health support because of being attacked and then placed in the SHU for multiple weeks, even though I was found innocent.

66. Correctional officers never allowed me to see anyone from mental health before I left on August 7, 2026. Without mental health care, I was lost. I thought about hanging myself. It seemed easy, I had a plan for how I would do it and where.

67. When placed in the SHU for a second time, I felt like I was falling into a hole again. I needed more medication and support than I was receiving. I was only getting a portion of the medication that I needed, but I kept getting told to "stop complaining," "stop pushing," just "be a normal guy." Stop pushing. It took more than two and a half weeks for me to get my

medication properly sorted out and returned to the level I needed. I put in requests to see a mental health doctor, but I saw no one.

68. I'm not a crazy person, just a simple family guy who works and has a family and to whom some bad things happened. But I am surrounded by four walls, treated like an animal, alone, and it feels like no one will help me.

69. I had to work on myself a lot just to keep myself from attempting suicide, but there were times in the SHU when I was thinking about giving up. Sometimes it felt like suicide was the only option.

## ICE's Deportation Strategy

70. Right now, it's been more than one year since Miami Correctional started housing immigration detainees, and their intentional mistreatment seems to work.

71. For the past year, it has felt like ICE and correctional staff were doing everything possible to keep us without access to information. We have had no way to find out how to stay in this country and fight for our rights. Sometimes there are ICE meetings at the prison, but ICE officers make clear that all they can do is help make our deportation fast. Once I ask about how to fight my case, they say they can't help me. Their concern is deportation.

72. I talk to new arrivals and 95% are ready to go home and accept voluntary departure because they see people like me who are trapped on the second floor of the SHU, getting locked up for 23 hours a day, dealing with untreated mental health symptoms; we scream, and we fight. So when immigrants first arrive here, they are afraid and accept voluntary departure.

## Conclusion

73. I understand that I am a plaintiff in this class action lawsuit challenging the conditions at Miami Correctional Facility. I can represent the interests of all detained immigrants at Miami Correctional.

74. Some other immigration detainees and I have come up with a mantra that reflects how we feel here at Miami Correctional. The mantra is "you should *not* treat us like your **property**, you should treat us **properly**." I do not feel like we're treated properly at Miami Correctional. I wish it would change.

75. I am not sure how much more I can endure here at Miami Correctional. This place is killing me slowly every day. I think about death more than ever. This is insane. I have no words.

I declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on 10/28/26, 2026, in Bunker Hill, Indiana.

Sergei Vasenin Sergei Vasenin
Name

[signature]
Signature