**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| SERGEI VASENIN, KEMOYE MUSLAR, and CYNTHIA ACEVEDO, and a class of similarly situated people,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his official capacity, et al.,<br><br>Defendants. | ) | Case No. 3:26-cv-01582-SJF<br><br>Class Action |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION ADDRESSING INADEQUATE MEDICAL AND MENTAL HEALTH CARE**

Plaintiffs Sergei Vasenin, Kemoye Muslar, and Cynthia Acevedo ("Plaintiffs"), on behalf of the proposed class, by and through their undersigned counsel, bring this Motion for a Preliminary Injunction Addressing Inadequate Medical and Mental Health Care (the "Motion") under Rule 65(a) of the Federal Rules of Civil Procedure, seeking immediate relief to address the dangerous and unconstitutional medical conditions at Miami Correctional Facility. For the reasons set forth in their contemporaneously filed Memorandum in Support of the Motion, Plaintiffs respectfully request that the Court grant a preliminary injunction to remedy ongoing violations of the constitutional rights of Plaintiffs and the putative class. A [Proposed] Preliminary Injunction specifying the relief sought is attached to the Motion as Exhibit A. If oral argument would assist the Court in resolving this Motion, Plaintiffs stand ready for argument at the Court's convenience.

WHEREFORE, Plaintiffs Sergei Vasenin, Kemoye Muslar, and Cynthia Acevedo respectfully request the Court grant this Motion and the relief sought in the attached [Proposed] Preliminary Injunction.

DATED: November 19, 2026 Respectfully submitted,

/s/ Kevin M. Fee

Kevin M. Fee

Michelle Teresa García
Samuel B. Cole
Jennifer L. Stark
Samantha Reed
Kathleen Hickey
Caroline Garau
Katie Mayopoulos**
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
Phone: (312) 201-9740
Fax: (312) 288-5225
kfee@aclu-il.org
mgarcia@aclu-il.org
scole@aclu-il.org
jstark@aclu-il.org
sreed@aclu-il.org
khickey@aclu-il.org
cgarau@aclu-il.org
kmayopoulos@aclu-il.org

Kenneth J. Falk
Grace C. Wenstrom
**ACLU OF INDIANA**
1031 E. Washington St.
Indianapolis, IN 46202
Phone: (317) 635-4059
Fax: (317) 635-4105
kfalk@aclu-in.org
gwenstrom@aclu-in.org

Mark Fleming
Eunice H. Cho
Mark Feldman
Allena Martin
**NATIONAL IMMIGRANT JUSTICE CENTER**
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604
Tel: 312-660-1628
mfleming@immigrantjustice.org
echo@immigrantjustice.org
mfeldman@immigrantjustice.org
amartin@immigrantjustice.org

Alexa Van Brunt
Noor Tarabishy
Danielle Berkowsky
Chisato Kimura
Anne Gottschalk
Vatsala Kumar
**MACARTHUR JUSTICE CENTER**
25 E Washington St. Ste. 1515
Chicago, Illinois 60602
Phone: 312-373-1727
alexa.vanbrunt@macarthurjustice.org
noor.tarabishy@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org
chisato.kimura@macarthurjustice.org
anne.gottschalk@macarthurjustice.org
vatsala.kumar@macarthurjustice.org

William A. Isaacson
Amy J. Mauser
John Paredes
**DUNN ISAACSON RHEE LLP**
401 9th St. NW
Washington, D.C. 20004
Phone: (202) 240-2900
wisaacson@dirllp.com
amauser@dirllp.com
jparedes@dirllp.com

Christine M. Ray
**DUNN ISAACSON RHEE LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Phone: (202) 240-2900
cray@dirllp.com

Shelley R. Jackson
**SHELLEY R. JACKSON, ESQ., LLC**
4806 23rd St. N.
Arlington, VA 22207
Phone: (703) 798-0902
Shelleyjackson798@gmail.com

**Admission to the U.S. District Court for the Northern District of Indiana pending.