**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

SERGEI VASENIN, KEMOYE MUSLAR, and CYNTHIA ACEVEDO, and a class of similarly situated people,

Plaintiffs,

v.

MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his official capacity, et al.,

Defendants.

Case No. 3:26-cv-01582-SJF

Class Action

# INDEX OF EXHIBITS

In support of Plaintiffs' Motion for a Preliminary Injunction Addressing Inadequate Medical and Mental Health Care, Plaintiffs submit the below Exhibits 1–46. Plaintiffs note that they have already submitted Exhibits 1–39 below in support of Plaintiffs' Motion for Class Certification. *See* ECF 4-1–ECF 4-39, ECF 6-1–ECF 6-29 (filed under seal). Plaintiffs have noted below the ECF numbers of these existing docket entries instead of re-filing the same exhibits.

| Exhibit Number | Description | ECF Number (for exhibits already filed) |
|---|---|---|
| 1 | Declaration of Sergei Vasenin | ECF 4-1 |
| 2 | Declaration of J.L.H. | ECF 4-2 (redacted), ECF 6-1 (sealed) |
| 3 | Declaration of Cynthia Acevedo | ECF 4-3 |
| 4 | Declaration of M.A.G.B. | ECF 4-4 (redacted), ECF 6-2 (sealed) |
| 5 | Declaration of I.I. | ECF 4-5 (redacted), ECF 6-3 (sealed) |
| 6 | Declaration of S.O. | ECF 4-6 (redacted), ECF 6-4 (sealed) |
| 7 | Declaration of K.G. | ECF 4-7 (redacted), |

| | | |
|---|---|---|
| | | ECF 6-5 (sealed) |
| 8 | Declaration of I.G.K. | ECF 4-8 (redacted), ECF 6-6 (sealed) |
| 9 | Declaration of A.N.B. | ECF 4-9 (redacted), ECF 6-7 (sealed) |
| 10 | Declaration of Kemoye Muslar | ECF 4-10 |
| 11 | Declaration of Y.M. | ECF 4-11 (redacted), ECF 6-8 (sealed) |
| 12 | Declaration of U.C. | ECF 4-12 (redacted), ECF 6-9 (sealed) |
| 13 | Declaration of G.C.Z. | ECF 4-13 (redacted), ECF 6-10 (sealed) |
| 14 | Declaration of A.A. | ECF 4-14 (redacted), ECF 6-11 (sealed) |
| 15 | Declaration of D.O. | ECF 4-15 (redacted), ECF 6-12 (sealed) |
| 16 | Declaration of S.G.B. | ECF 4-16 (redacted), ECF 6-13 (sealed) |
| 17 | Supplemental Declaration of I.I. | ECF 4-17 (redacted), ECF 6-14 (sealed) |
| 18 | Declaration of D.J.L. | ECF 4-18 (redacted), ECF 6-15 (sealed) |
| 19 | Declaration of K.U. | ECF 4-19 (redacted), ECF 6-16 (sealed) |
| 20 | Declaration of D.K. | ECF 4-20 (redacted), ECF 6-17 (sealed) |
| 21 | Declaration of J.R.G. | ECF 4-21 (redacted), ECF 6-18 (sealed) |
| 22 | Declaration of C.S.L. | ECF 4-22 (redacted), ECF 6-19 (sealed) |
| 23 | Declaration of A.G.M. | ECF 4-23 (redacted), ECF 6-20 (sealed) |
| 24 | Declaration of E.J.D.Y. | ECF 4-24 (redacted), ECF 6-21 (sealed) |
| 25 | Declaration of Y.B.F. | ECF 4-25 (redacted), ECF 6-22 (sealed) |
| 26 | Declaration of S.G. | ECF 4-26 (redacted), ECF 6-23 (sealed) |
| 27 | Declaration of Emily Brandt | ECF 4-27 |
| 28 | Declaration of R.P. | ECF 4-28 (redacted), ECF 6-24 (sealed) |
| 29 | Declaration of M.A.M.A. | ECF 4-29 (redacted), ECF 6-25 (sealed) |
| 30 | Declaration of Y.A.B. | ECF 4-30 (redacted), ECF 6-26 (sealed) |
| 31 | Declaration of A.G.M. | ECF 4-31 (redacted), |

| | | |
|---|---|---|
| | | ECF 6-27 (sealed) |
| 32 | Declaration of M.R.M. | ECF 4-32 (redacted), ECF 6-28 (sealed) |
| 33 | Supplemental Declaration of D.K. | ECF 4-33 (redacted), ECF 6-29 (sealed) |
| 34 | Declaration of Roger Baldwin Foundation of ACLU, Inc. | ECF 4-34 |
| 35 | Declaration of ACLU of Indiana | ECF 4-35 |
| 36 | Declaration of National Immigrant Justice Center | ECF 4-36 |
| 37 | Declaration of MacArthur Justice Center | ECF 4-37 |
| 38 | Declaration of Dunn Isaacson Rhee LLP | ECF 4-38 |
| 39 | Declaration of Shelley R. Jackson | ECF 4-39 |
| 40 | Expert Report of Dr. Sara Kariko | |
| 41 | Expert Report of Dr. Pablo Stewart | |
| 42 | Centurion Indiana Department of Correction Monthly Staffing Reports for January 2026–September 2026 (obtained through public record requests, entries included only for Miami Correctional Facility) | |
| 43 | Declaration of M.N. | |
| 44 | Declaration of J.M.R.H. | |
| 45 | Supplemental Declaration of I.G.K. | |
| 46 | Declaration of Viccheat Sim | |

DATED: November 19, 2026 Respectfully submitted,

/s/ Kevin M. Fee

Kevin M. Fee

Michelle Teresa García
Samuel B. Cole
Jennifer L. Stark
Samantha Reed
Kathleen Hickey
Caroline Garau
Katie Mayopoulos**
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
Phone: (312) 201-9740
Fax: (312) 288-5225
kfee@aclu-il.org
mgarcia@aclu-il.org
scole@aclu-il.org
jstark@aclu-il.org

sreed@aclu-il.org
khickey@aclu-il.org
cgarau@aclu-il.org
kmayopoulos@aclu-il.org

Kenneth J. Falk
Grace C. Wenstrom
**ACLU OF INDIANA**
1031 E. Washington St.
Indianapolis, IN 46202
Phone: (317) 635-4059
Fax: (317) 635-4105
kfalk@aclu-in.org
gwenstrom@aclu-in.org

Mark Fleming
Eunice H. Cho
Mark Feldman
Allena Martin
**NATIONAL IMMIGRANT JUSTICE CENTER**
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604
Tel: 312-660-1628
mfleming@immigrantjustice.org
echo@immigrantjustice.org
mfeldman@immigrantjustice.org
amartin@immigrantjustice.org

Alexa Van Brunt
Noor Tarabishy
Danielle Berkowsky
Chisato Kimura
Anne Gottschalk
Vatsala Kumar
**MACARTHUR JUSTICE CENTER**
25 E Washington St. Ste. 1515
Chicago, Illinois 60602
Phone: 312-373-1727
alexa.vanbrunt@macarthurjustice.org
noor.tarabishy@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org
chisato.kimura@macarthurjustice.org

anne.gottschalk@macarthurjustice.org
vatsala.kumar@macarthurjustice.org

William A. Isaacson
Amy J. Mauser
John Paredes
**DUNN ISAACSON RHEE LLP**
401 9th St. NW
Washington, D.C. 20004
Phone: (202) 240-2900
wisaacson@dirllp.com
amauser@dirllp.com
jparedes@dirllp.com

Christine M. Ray
**DUNN ISAACSON RHEE LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Phone: (202) 240-2900
cray@dirllp.com

Shelley R. Jackson
**SHELLEY R. JACKSON, ESQ., LLC**
4806 23rd St. N.
Arlington, VA 22207
Phone: (703) 798-0902
Shelleyjackson798@gmail.com

**Admission to the U.S. District Court for the Northern District of Indiana pending.