UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| SERGEI VASENIN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, in his official capacity, *et al.*,<br><br>Defendants. | ) | No. 3:26-cv-01582 |

**MOTION FOR STATUS CONFERENCE**

Plaintiffs Sergei Vasenin, Kemoye Muslar, and Cynthia Acevedo, by counsel, on behalf of themselves and the putative class, hereby move for a telephonic status conference at the Court's convenience. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed this action on October 29, 2026, to challenge the inhumane and unconstitutionally punitive conditions imposed on civil immigration detainees at Miami Correctional. *See* ECF No. 1. On the same day, Plaintiffs filed a Motion for Class Certification seeking certification of a class of all civil immigration detainees who are currently detained or who will be detained at Miami Correctional Facility. *See* ECF No. 4.

2. Just after midnight on November 19, 2026, Plaintiffs filed a Motion for Preliminary Injunction Addressing Inadequate Medical and Mental Health Care, seeking immediate intervention to address the dangerous and unconstitutional medical and mental health care system at Miami Correctional. *See* ECF Nos. 50–52.

3. Given the urgency of the issues discussed in the papers, Plaintiffs request that this case be set for a telephonic status conference with the Court in order to set a consolidated briefing

schedule on Plaintiffs' pending motions that will allow a hearing date (if the Court desires a hearing on either or both motions) to occur as soon as possible. Plaintiffs also wish to address certain urgent issues regarding named Plaintiffs and putative class members.

WHEREFORE, Plaintiffs request that this case be set for a telephonic status conference at the Court's convenience.

DATED: November 19, 2026

Respectfully submitted,

/s/ Kathleen Hickey

Kevin M. Fee
Michelle Teresa García
Samuel B. Cole
Jennifer L. Stark
Samantha Reed
Kathleen Hickey
Caroline Garau
Katie Mayopoulos**
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan Ave., Suite 600
Chicago, Illinois 60601
Phone: (312) 201-9740
Fax: (312) 288-5225
kfee@aclu-il.org
mgarcia@aclu-il.org
scole@aclu-il.org
jstark@aclu-il.org
sreed@aclu-il.org
khickey@aclu-il.org
cgarau@aclu-il.org
kmayopoulos@aclu-il.org

Kenneth J. Falk
Grace C. Wenstrom
**ACLU OF INDIANA**
1031 E. Washington St.
Indianapolis, Indiana 46202

Phone: (317) 635-4059
Fax: (317) 635-4105
kfalk@aclu-in.org
gwenstrom@aclu-in.org

Mark Fleming
Eunice H. Cho
Mark Feldman
Allena Martin
**NATIONAL IMMIGRANT JUSTICE CENTER**
111 W. Jackson Blvd., Suite 800
Chicago, Illinois 60604
Phone: 312-660-1628
mfleming@immigrantjustice.org
echo@immigrantjustice.org
mfeldman@immigrantjustice.org
amartin@immigrantjustice.org

Alexa Van Brunt
Noor Tarabishy
Danielle Berkowsky
Chisato Kimura
Anne Gottschalk
Vatsala Kumar
**MACARTHUR JUSTICE CENTER**
25 E. Washington St., Suite 1515
Chicago, Illinois 60602
Phone: 312-373-1727
alexa.vanbrunt@macarthurjustice.org
noor.tarabishy@macarthurjustice.org
danielle.berkowsky@macarthurjustice.org
chisato.kimura@macarthurjustice.org
anne.gottschalk@macarthurjustice.org
vatsala.kumar@macarthurjustice.org

William A. Isaacson
Amy J. Mauser
John Paredes
**DUNN ISAACSON RHEE LLP**
401 9th St. NW
Washington, D.C. 20004
Phone: (202) 240-2900

wisaacson@dirllp.com
amauser@dirllp.com
jparedes@dirllp.com

Christine M. Ray
**DUNN ISAACSON RHEE LLP**
7 World Trade Center
250 Greenwich Street
New York, New York
Phone: (202) 240-2900
cray@dirllp.com

Shelley R. Jackson
**SHELLEY R. JACKSON, ESQ., LLC**
4806 23rd St. N.
Arlington, Virginia 22207
Phone: (703)798-0902
Shelleyjackson798@gmail.com

**Admission to the U.S. District Court for the Northern District of Indiana pending.